NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5065

MICHAEL C. SMART,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

ON MOTION

Appeal from the United States Court of Federal Claims in 07-CV-703,
Senior Judge Loren A. Smith

Before NEWMAN, RADER, and SCHALL, Circuit Judges.

PER CURIAM.

## O R D E R

Michael C. Smart moves for panel reconsideration and rehearing en banc of the court's order dismissing his appeal as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for panel reconsideration is denied. The request for rehearing en banc will be circulated to the full court.

FOR THE COURT

DEC 0 2 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael C. Smart
William P. Rayel, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 2 2009

JAN HORBALY
CLERK